| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ANGELES ZARAGOZA, #270198 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-13-0087-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER EXCLUDING TIME |
| | ) | |
| JOSE ORTEGA-GUTIERREZ, | ) | |
| | ) | DATE: July 23, 2013 |
| Defendant. | ) | TIME: 9:15 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |
| _____ | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was set for status conference on June 11, 2013.

2. By this stipulation, defendant now moves to continue the status conference to July 23, 2013 and to exclude the time period between the date of this stipulation, June 6, 2013, and the date of the new requested status conference on July 23, 2013, from calculation of the time period within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 for reasonable time necessary for defense counsel's preparation. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

    a. Counsel for defendant desires additional time to consult with her client to review the current charges and discovery, to conduct further investigation and research related to the charges, and to discuss potential resolutions with her client.

    b. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2013 to July 23, 2013, inclusive, is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 6, 2013                          HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ Angeles Zaragoza
                                                  ANGELES ZARAGOZA
                                                  Counsel for Defendant
                                                  JOSE ORTEGA-GUTIERREZ

DATED: June 6, 2013                          BENJAMIN B. WAGNER
                                                  United States Attorney

                                       By:    /s/ Angeles Zaragoza for
                                                  SAMUEL WONG
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**O R D E R**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court adopts the parties's stipulation in its entirety as its Order. The Court orders that the presently set June 11, 2013, status conference shall be continued to July 23, 2013, at 9:15 a.m. The Court orders that time from the date of the parties' stipulation, June 6, 2013, to, and including the new status conference on July 23, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of defense counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 7th day of June, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT