HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700/Fax: 916-498-5710
michael.petrik@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ROBERTO ORTEGA-GUTIERREZ,<br><br>Defendant. | ) Case No. 2:13-CR-087 LKK<br>)<br>) ORDER SETTING HEARING; EXCLUDING<br>) TIME UNDER THE SPEEDY TRIAL ACT<br>)<br>) Date: August 20, 2013<br>) Time: 9:15 a.m.<br>) Judge: Hon. Lawrence K. Karlton<br>)<br>)<br>) |
|---|---|

This matter came before the Court for status conference on August 20, 2013. At Mr. Ortega's request, the parties agreed to set a non-evidentiary motion hearing on November 5, 2013, at 9:15 a.m. The parties also agreed to adhere to the following briefing schedule: defense motions due on or before September 17, 2013; government opposition due on or before October 22, 2013; optional reply due on or before October 29, 2013.

The parties agreed to exclude time from August 20, 2013, under the Speedy Trial Act up to and including September 17, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to 18 U.S.C. §§ 3161(h)(A) and (B)(7)(iv) (Local Code T4) for preparation of motions by defense counsel and beginning from September 17, 2013, to and including the resolution of the motions, pursuant to 18 U.S.C. § 3161(h)(1)(d) and Local Code E pertaining to pendency of pretrial motions. The parties agreed that the ends of justice

served by granting Mr. Ortega's request for a continuance outweigh the best interest of the public and Mr. Ortega in a speedy trial.

Good cause appearing therefor,

IT IS ORDERED that this matter is set for non-evidentiary motion hearing on November 5, 2013, at 9:15 a.m.;

IT IS ORDERED that the parties adhere to the briefing schedule described above unless otherwise ordered by the Court; and,

IT IS ORDERED that the time period from August 20, 2013, be excluded under the Speedy Trial Act up to and including September 17, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to 18 U.S.C. §§ 3161(h)(A) and (B)(7)(iv) (Local Code T4) for preparation of motions by defense counsel and beginning from September 17, 2013, to and including the resolution of the motions, pursuant to 18 U.S.C. § 3161(h)(1)(d) and Local Code E pertaining to pendency of pretrial motions.

THE COURT FINDS that the ends of justice served by granting defendant's request as set forth above outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 16, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT